BEFORE THE SECOND DIVISION, FEBRUARY 16, 1956

**No. 59721.**—Artmart Linen Co., Inc. v. United States, protest 188502–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of doilies the same in all material respects as those the subject of Abstract 58520, the claim of the plaintiff was sustained.